[No. 25561-8-II.  Division Two.  May 4, 2001.]

*In the Matter of the Estate of* RICHARD COBLENTZ.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-4-01209-1, Brian M. Tollefson, J., entered January 5, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Houghton, JJ.

[No. 25894-3-II.  Division Two.  May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN R. JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00350-1, James B. Sawyer II, J., entered April 13, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J. Now published at 106 Wn. App. 532.

[No. 46758-1-I.  Division One.  May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-10137-1, Anthony P. Wartnik, J., entered May 15, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45705-5-I.  Division One.  May 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK GLEN BEESON, ET AL., *Defendants*, DARA FOUROOHI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01135-6, Ronald Kessler, J., entered November 15, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Webster and Appelwick, JJ.